# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**AUGUSTUS MCCRAY**                                                                                  **PLAINTIFF**

**V.**                                                                  **NO. 4:17CV00092-DMB-JMV**

**CONVERGENT OUTSOURCING, INC.**                                      **DEFENDANT**

## ORDER GRANTING MOTION FOR LEAVE TO SERVE SUBPOENA

Before the court is Plaintiff's motion [10] for leave to serve a third-party subpoena upon his cell phone service provider outside the time prescribed by FED.R.CIV.P. 26(d). For good cause shown, the motion is GRANTED. However, this order shall not be interpreted as limiting any interested party's right to seek an order to quash or modify the subject subpoena for good cause.

SO ORDERED this 30th day of August, 2017.

                                                                                                         **/s/ Jane M. Virden**
                                                                                                           **U. S. MAGISTRATE JUDGE**